UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JOYCE A. MCGINNIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO.: 1:11-cv-0367-RL-RBC |
| WAL-MART STORES, INC., | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Joyce A. McGinnis, and Defendant Wal-Mart Stores East, L.P., sued herein under the misnomer Wal-Mart Stores, Inc., by counsel, hereby stipulate and agree to the dismissal of the above-captioned cause of action in its entirety, including claims that were brought or that could have been brought, with prejudice, each party to bear its own costs and fees.

Respectfully submitted,

CHRISTOPHER C. MYERS & ASSOCIATES        BARNES & THORNBURG, LLP


*s/ Christopher C. Myers*
Christopher C. Myers
(By David J. Pryzbylski, Mr. Myers consented to his signature hereon via email on January 10, 2013).
809 South Calhoun Street, Suite 400
Fort Wayne, Indiana 46802
Telephone: (260) 424-0600
Facsimile: (260) 424-0712
Email: cmyers@myers-law.com
ismith@myers-law.com

Attorney for Plaintiff

*s/ David J. Pryzbylski*
Susan M. Zoeller
David J. Pryzbylski
11 South Meridian Street
Indianapolis, Indiana 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: susan.zoeller@btlaw.com
david.pryzbylski@btlaw.com

Attorneys for Defendant

INDS02 DJA 1249823v1